No. 335.   LLOYD v. UNITED STATES FIDELITY & GUARANTY Co.   November 22, 1943.

No. 18.   CARTER v. KUBLER.   December 6, 1943.

No. 137.   POWELL v. SANFORD, WARDEN.  ·December 6, 1943.

No. 187.   NEW YORK EX REL. ROGALSKI v. MARTIN, WARDEN.   December 6, 1943.

No. 214.   GILCREASE OIL Co. v. COSBY ET AL.   December 6, 1943.

No. 377.   GOLDSMITH ET AL. v. UNITED STATES.   December 6, 1943.

No. 389.   NEAL ET AL. v. FLORIDA ET AL.   December 6, 1943.

No. 390.   NIKLAUS ET AL. v. LINCOLN JOINT STOCK LAND BANK.   December 6, 1943.

No. 407.   LASH v. ALABAMA.   December 6, 1943.

No. 431.   DUNNE ET AL. v. UNITED STATES.   December 6, 1943.

No. 21.   UNITED STATES EX REL. BRENSILBER ET AL. v. BAUSCH & LOMB OPTICAL Co. ET AL.   December 6, 1943. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, MR. JUSTICE MURPHY, and MR. JUSTICE RUTLEDGE think the petitions should be granted.   MR. JUSTICE JACKSON took no part in the consideration or decision of these applications.